Alfred C. Toof, Respondent, *v.* State of New York et al., Appellants.

Argued June 6, 1941; decided July 29, 1941.

*John J. Bennett, Jr., Attorney-General,* for State of New York, appellant.

*John C. Looby* for Bankers Indemnity Insurance Company, appellant.

*William Harry Montgomery* for respondent.

Order affirmed, with costs; no opinion.

Concur: Lehman, Ch. J., Loughran, Finch, Rippey, Conway and Desmond, JJ. Dissenting: Lewis, J.